RHP BEARINGS, LTD. NSK Bearings Europe Ltd., and NSK Corporation, Plaintiffs–Appellees,

and

The Barden Corporation, The Barden Corporation (U.K.) Ltd., and Fag Bearings Corporation, Plaintiffs–Appellees,

v.

UNITED STATES, Defendant–Appellant,

and

The Torrington Company, Defendant–Appellee.

No. 02–1088.

United States Court of Appeals, Federal Circuit.

April 26, 2004.

*ORDER*

Upon consideration of the United States' unopposed motion to voluntarily dismiss its appeal, 02–1088,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted and the motion to dismiss is granted.

(2) All sides shall bear their own costs.